IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

063-97233

| | |
|---|---|
| ELIZABETH WATSON | CIVIL ACTION |
| vs. | NO. |
| TRUMP PLAZA HOTEL AND CASINO | |

**NOTICE OF FILING NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA**

TO: Albert J. Brooks, Jr., Esquire
Fodera & Long, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**PLEASE TAKE NOTICE** that Trump Plaza Hotel and Casino, in the matter of <u>Elizabeth Watson vs. Trump Plaza Hotel and Casino</u>, originally pending in the Court of Common Pleas in the County of Philadelphia, Pennsylvania, under January Term 2014, No. 1925, files in the United States District Court for the Eastern District of Pennsylvania, its Notice of Removal of said cause to the Eastern District of Pennsylvania. A copy of the Notice of Removal is attached hereto and served herewith.

MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.

By: _____JPV3138_____
Jamie P. Vaughan, Esquire
Attorney I.D. No.: 93531
1800 JFK Boulevard, Suite 1900
Philadelphia, Pa. 19103
215-564-6688
Attorney for Defendant

{PH738112.1}

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

063-97233

| | |
|---|---|
| ELIZABETH WATSON | CIVIL ACTION |
| vs. | NO. |
| TRUMP PLAZA HOTEL AND CASINO | |

## NOTICE OF REMOVAL

AND NOW, Defendant, Trump Plaza Hotel and Casino, by and through its their attorneys, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., hereby seeks removal of the above-captioned case to this Honorable Court and provides notice of same to counsel representing the Plaintiff. In support of the removal, the Defendant avers as follows:

1.      This is an action filed and now pending in the Philadelphia Court of Common Pleas, January Term, 2014. No. 1925.

2.      This action was initially instituted via Complaint which was filed on January 17, 2014. A copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

3.      This Notice of Removal is being filed within thirty (30) days after receipt by the Defendant of the initial pleading setting forth the claim for relief upon which this action is based in accordance with 28 U.S.C. §1446(b).

4.      This is a civil suit and involves controversy between citizens of different states. Plaintiff, upon information and belief, was at the time of the commencement of the above action a citizen of the Commonwealth of Pennsylvania.

{PH738112.1}

5. Defendant, Trump Plaza Hotel and Casino, is located at 2500 Boardwalk, Atlantic City, NJ 08401, and is a New Jersey corporation.

6. Defendant alleges and avers upon information and belief that the amount in controversy is in excess of $75,000.00, exclusive of interests and costs. Further, Plaintiff's counsel has confirmed that the amount in controversy is in excess of $75,000, and Plaintiff will not agree to limit her damages to $75,000.00. Plaintiff has alleged a rotator cuff tear as a result of the alleged incident, as well as several injections.

7. The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, exclusive of interests and costs, and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28, United States Code, Section 1441.

8. Promptly after filing this Notice of Removal in this Honorable Court, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, in accordance with 28 United States Code, Section 1446(d).

9. Copies of all process, pleadings and order served upon defendant as of the time of this removal are attached hereto in accordance with 28 United States Code, Section 1446(a).

10. Defendant has contemporaneously with the filing of this Notice of Removal given written notice to Plaintiff's counsel.

{PH738112.1}

WHEREFORE, Defendant respectfully requests that this action, currently docketed in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

<div style="text-align:center">

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

</div>

By: \_\_JPV3138_____
      Jamie P. Vaughan, Esquire
      Attorney I.D. No.: 93531
      1800 JFK Boulevard, Suite 1900
      Philadelphia, Pa. 19103
      215-564-6688
      Attorney for Defendant

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.)

**I.(a) PLAINTIFFS**
Elizabeth Watson, Plaintiff(s)

**DEFENDANTS**
Trump Plaza Hotel and Casino, Defendant(s)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Philadelphia County, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Atlantic County, NJ
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(C) ATTORNEY'S (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Albert J. Brooks, Jr., Esquire
Fodera & Long, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

**ATTORNEYS (IF KNOWN)**
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
1800 JFK Boulevard, Suite 1900
Philadelphia, PA 19103

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- xx 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR DIVERSITY CASES ONLY FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principle Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | X 2 | Incorporated and Principle Place of Business in Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
2120 Premises Liability - Personal Injury

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med - Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks & Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Liable & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employer's Liability | **PERSONAL PROPERTY** | ☐ 640 R. R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | X 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contact Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Free Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeaas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 870 Taxes (U.S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgement

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
**DEMAND** $ 300,000.00
Check YES only if demanded in complaint:
JURY DEMAND: X YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (SEE INSTRUCTIONS) N/A
JUDGE Judge of Related Case
DOCKET NUMBER Docket Number of Related Case

DATE: February 28, 2014
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

063-97233

| | |
|---|---|
| ELIZABETH WATSON | CIVIL ACTION |
| vs. | NO. |
| TRUMP PLAZA HOTEL AND CASINO | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☑    The nongovernmental corporate party, __Trump Plaza Hotel and Casino__ in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party,_____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_February 28, 2014_            __/s/Jamie P. Vaughan__
Date                                                   Signature

Counsel for: __Trump Plaza Hotel and Casino__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file Two copies of a disclosure statement that:
   (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

   (2)    states that there is no such corporation.

(b)    TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)    promptly file a supplemental statement if any required information changes.

{PH738105.1}

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ 315 S. Broad Street, Philadelphia, PA 19107 _____

Address of Defendant: _____ 2500 Boardwalk, Atlantic City, NJ 08401 _____

Place of Accident, Incident or Transaction: Trump Plaza Hotel and Casino, 2500 Boardwalk, , Atlantic City, NJ 08401 _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☒

Does this case involve multidistrict litigation possibilities? Yes☐ No☒

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐ No☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify) Slip & Fall
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION
(Check appropriate Category)

I, Jamie P. Vaughan _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 2/28/14 _____ _____ 93531
Attorney-at-Law    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____ _____ 93531
Attorney-at-Law    Attorney I.D.#

CIV. 609 (4/03)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| ELIZABETH WATSON<br>315 S. Broad Street<br>Philadelphia, PA 19107<br>                v.<br>TRUMP PLAZA HOTEL AND CASINO<br>2500 Boardwalk<br>Atlantic City, NJ 08401 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.  ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits  ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( X )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.  ( )

| February 28, 2014 | _(signature)_ | Trump Plaza Hotel and Casino |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| (215)564-6688 | (215)564-2526 | jvaughan@moodklaw.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

COMMONWEALTH OF PENNSYLVANIA :
: SS
:
:
COUNTY OF PHILADELPHIA :

## **AFFIDAVIT**

Jamie P. Vaughan, Esquire being duly sworn according to law deposes and says that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief.

_____
Jamie P. Vaughan, Esquire

Sworn to and Subscribed
before me this 28 day of
FEBRUARY, 2014.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STEVEN M. ROSE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 4, 2016

{PH738112.1}

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

063-97233

| | |
|---|---|
| ELIZABETH WATSON | CIVIL ACTION |
| vs. | NO. |
| TRUMP PLAZA HOTEL AND CASINO | |

### CERTIFICATE OF SERVICE

I hereby certify that this 28th day of **February 2014,** a true and correct copy of the Defendant's Notice to Remove was served on all parties of record by electronic filing and/or first class mail, postage prepaid.

                                            **MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

By: __JPV3138__
            Jamie P. Vaughan, Esquire
            Attorney for Defendant
            1800 JFK Boulevard, Suite 1900
            Philadelphia, Pa. 19103
            215-564-6688

{PH738112.1}

**EXHIBIT A**

FODERA & LONG, P.C.
By: Leonard V. Fodera, Esquire (57203)
Albert J. Brooks, Jr., Esquire (72085)
1500 Walnut Street, Suite 900
Philadelphia, PA   19102
215.569.1212
Our File No.:   30193

Filed and Attested by
PROTHONOTARY
17 JAN 2014 04:53 pm
EDWARDS

Attorneys for Plaintiff

| | |
|---|---|
| ELIZABETH WATSON<br>315 S. Broad Street<br>Philadelphia,   PA 19107<br><div align="right">Plaintiff,</div><br>v.<br><br>TRUMP PLAZA HOTEL AND CASINO<br>2500 Boardwalk<br>Atlantic City, NJ 08401<br><br><div align="right">Defendant.</div> | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JANUARY TERM, 2014<br><br>NO.:<br><br>*CIVIL ACTION COMPLAINT*<br>*MAJOR JURY TRIAL DEMANDED* |

## CIVIL ACTION COMPLAINT
## PREMISES LIABILITY

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help<br>PHILADELPHIA BAR ASSOCIATION<br>LAWYER REFERRAL & INFORMATION SERVICE<br>One Reading Center<br>Philadelphia, PA 19107<br>(215) 238-1701 / TTY (215) 451-6197 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un<br>abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte<br>puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br>Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.<br>Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E Informacion Legal<br>One Reading Center<br>Filadelfia, PA 19107<br>(215) 238-6333 / TTY (215) 451-6197 |

1

Case ID: 140101925

FODERA & LONG, P.C.
By: Leonard V. Fodera, Esquire (57203)
Albert J. Brooks, Jr., Esquire (72085)
1500 Walnut Street, Suite 900
Philadelphia, PA   19102                              Attorneys for Plaintiff
215.569.1212
Our File No.:   30193

| | |
|---|---|
| ELIZABETH WATSON<br>315 S. Broad Street<br>Philadelphia,   PA 19107<br>                              Plaintiff,<br><br>v.<br><br>TRUMP PLAZA HOTEL AND CASINO<br>2500 Boardwalk<br>Atlantic City, NJ 08401<br><br>                              Defendant. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>JANUARY TERM, 2014<br><br>NO.:<br><br>*CIVIL ACTION COMPLAINT<br>MAJOR JURY TRIAL DEMANDED* |

### CIVIL ACTION COMPLAINT
### PREMISES LIABILITY

1.  Plaintiff, Elizabeth Watson, (hereinafter referred to as ("Plaintiff"), is an adult individual who resides at the address identified in the caption above.

2.  Defendant, Trump Plaza Hotel & Casino, is an organized and existing business entity having a place of business at the address identified in the caption above.

3.  At all times material and relevant to this complaint, defendant, Trump Plaza Hotel & Casino, as an entity, and/or through its agents, owned, managed, controlled and/or maintained a certain property located at 2500 Boardwalk, Atlantic City, NJ 08401.

4.  At all relevant times, defendant, Trump Plaza Hotel & Casino, acted alone and/or by and through their employees, agents and/or ostensible agents.

Case ID: 140101925

5. At all relevant times, defendant, Trump Plaza Hotel & Casino, had a duty keep the above-referenced property free and clear of any unreasonable dangers or hazards, and/or to prevent any new or increased hazards or dangers from occurring through their own conduct and/or the conduct of its employees, agents and/or ostensible agents.

6. On, or about, August 13, 2013, plaintiff was lawfully at the aforementioned location as a business invitee, when she was caused to slip and fall, thereby sustaining serious bodily injuries, including but not limited to, injuries to her head, back, neck, left shoulder, and other ills and injuries.

7. Plaintiff was caused to fall due to the dangerous conditions of the premises, specifically, a wet and slippery marble floor directly in front of the entrance/exit onto the Boardwalk at the entrance to said premises.

8. The dangerous condition of the said premises which caused plaintiff's slip and fall was a danger and/or hazard which was the result of the negligence and/or breach of the aforementioned duties of defendants, their employees, agents and/or ostensible agents.

9. As a direct and proximate result of defendant's negligence, the negligent conduct of its employees, and this resulting accident, plaintiff, Elizabeth Watson, suffered serious and permanent injuries, including, but not limited to, injuries to her head, neck, back and left shoulder, and other ills and injuries.

10. As a direct and proximate result of defendant's aforementioned conduct, plaintiff suffered significant pain and suffering, anguish, inconvenience, loss of life's pleasures, and/or scarring/disfigurement.

Case ID: 140101925

## COUNT I
## WATSON v. TRUMP PLAZA HOTEL & CASINO
## NEGLIGENCE

11. Plaintiff repeats each and every allegation of all preceding paragraphs with the same force and effect as if set forth herein at length.

12. Plaintiff avers that defendant had actual and/or constructive notice of the aforementioned dangerous condition.

13. The aforesaid accident resulted solely from the negligence, and carelessness of defendant and/or its agents, employees and/or servants, herein and was due in no manner whatsoever to any act or failure to act on the part of plaintiff.

14. The negligence and carelessness of defendant and/or its agents, employees and/or servants consisted of the following:

   a. allowing a dangerous condition to exist on the aforesaid premises;

   b. failing to properly maintain the aforesaid premises;

   c. failing to properly create and/or maintain a safe environment within its property;

   d. failing to properly train and/or instruct its employees, servants, and/or agents regarding how to create and/or maintain a safe environment within its property;

   e. failing to properly inspect premises and monitor employees;

   f. failing to adequately warn plaintiff of the dangerous condition;

   g. failing to adequately warn business invitees, including plaintiff, of said dangerous condition;

   h. failing to correct said dangerous condition;

   i. failing to eliminate and/or otherwise correct the unreasonably dangerous condition which constituted a risk to persons such as plaintiff at its property;

   j. having inadequate or non-existent enforcement of policies for addressing safe and proper interaction between employees and business invitees so as to avoid potential hazard to persons such as plaintiff; and

   k. causing a dangerous condition.

15. As a direct and proximate result of defendant's aforementioned conduct, plaintiff suffered severe, painful and/or permanent bodily injuries.

16. As a further result of this accident, plaintiff has been obligated to receive medical attention and care for her injuries, and to incur various expenses for said care, and will be obligated to continue to expend such sums and expenditures and may continue to expend such sums for an indefinite time in the future.

17. As a further result of this accident, plaintiff has been unable to attend to her daily chores, duties, occupations, and may be unable to do so for an indefinite period of time in the future.

18. As a further result of this accident, plaintiff has or may continue to in the future incur other financial expenses or losses to which she is entitled to recover.

19. As a further result of this accident, plaintiff has suffered severe physical pain, aches, fear, mental anguish, humiliation, inconveniences, and loss of life's pleasures, and will continue to suffer the same for an indefinite time in the future.

Case ID: 140101925

WHEREFORE, Plaintiff, ELIZABETH WATSON, demands damages from the Defendant herein in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs of suit, attorney fees and damages for delay.

FODERA & LONG, P.C.

Leonard V. Fodera, Esq.
Albert J. Brooks, Jr., Esq.
Fodera & Long, P.C.
1500 Walnut Street – Suite 900
Philadelphia, PA 19102
*Attorneys for Plaintiff*

Dated: _____

Case ID: 140101925

## VERIFICATION

I, Elizabeth Watson, hereby state that I am the plaintiff in this action and verify that the statements made in the foregoing _Civil Action Complaint_ are true and correct to the best of my knowledge, information and belief. I understand that the statements therein are made subject to the penalties of 18 Pa. C.S. §4909 relating to unsworn falsification to authorities.

_Elizabeth Watson_
Elizabeth Watson

Date: 1-14-14